IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UPDATE, INC., *Plaintiff*, v. LAWRENCE SAMILOW *Defendant*. | Civil Action No. 1:18-cv-00462 |

## NOTICE OF HEARING ON PLAINTIFF UPDATE, INC.'S MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT Plaintiff Update, Inc. ("Update"), by counsel, will appear before the Court on Friday, May 11, 2018 at 10:00 am, or at such earlier or other time set by the Court, and move the Court to grant — and, if necessary, adduce evidence in further support of — its previously filed Motion for Preliminary Injunction, *see* Dkt. Nos. 3–4. Defendant Samilow was served on April 23, 2018 with process in this action, including the Summons, Verified Complaint, and Update's Motion for Preliminary Injunction and supporting Memorandum and will be served with notice of this hearing.

April 25, 2018

Respectfully submitted,

*/s/ Brandon H. Elledge*
Brandon H. Elledge (VSB No. 45349)
Kevin D'Olivo (VSB No. 90655)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard
Tysons Corner, Virginia 22102
(703) 720-8015
Fax: (703) 720-8610
brandon.elledge@hklaw.com

kevin.dolivo@hklaw.com

*Counsel for Plaintiff Update, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of April, 2018, a true and correct copy of the foregoing was sent out for personal service and served via electronic mail on:

Lawrence Samilow
1404 Drum Hill Road
Martinsville, NJ 08836
larry@samilowharvest.com

*Defendant*

/s/ Brandon H. Elledge
Brandon H. Elledge (VSB No. 45349)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard
Tysons Corner, Virginia 22102
(703) 720-8015
Fax: (703) 720-8610
brandon.elledge@hklaw.com

*Counsel for Plaintiff Update, Inc.*