## ** CIVIL MINUTES **

Date: 5/11/2018 					Judge: Ellis

6:03 – 6:35 					Reporter: T. Harris

Civil Action Number: 1:18cv462

Update, Inc. v. Lawrence Samilow

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Brandan Elledge<br>Kevin D'Olivo | David Parker Phippen |

Appearance of Counsel.

Plaintiff's [3] Motion for Preliminary Injunction – Argued and cont'd to Thursday, 5/17/2018 at 4:00 PM.

Sur-reply permitted to be filed on Tuesday, 5/15/2018, response to be filed by Wednesday, 5/16/2018.