# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UPDATE, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE SAMILOW , )<br>    Defendant. ) | Civil Action No. 1:18cv462 |

## ORDER

This matter came before the Court on plaintiff's motion for a preliminary injunction (Doc. 3). For the reasons stated in the accompanying Memorandum Opinion, and for good cause shown,

It is hereby **ORDERED** that plaintiff's motion for a preliminary injunction is **GRANTED** (Doc. 3).

It is further **ORDERED** that defendant Lawrence Samilow, individually and through Samilow Harvest Group, LLC or any other person or entity is **ENJOINED** from:

    (i) soliciting Update, Inc.'s customers in violation of Samilow's non-solicitation covenant with Update until a decision is reached on issuance of a permanent injunction;

    (ii) referring or diverting Update's customers to other persons or entities in violation of Samilow's non-solicitation covenant with Update until a decision is reached on issuance of a permanent injunction;

    (iii) unlawfully competing against Update in violation of Samilow's non-compete covenant with Update until a decision is reached on issuance of a permanent injunction; and

    (iv) disclosing, using or allowing to be used, any of Update's confidential information related to its customers, including pricing information, until a decision is reached on issuance of a permanent injunction.

It is further **ORDERED** that Update must post a secured or cash bond of $50,000.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 17, 2018

/s/
T. S. Ellis, III
United States District Judge