```
Court Name: United States District Court
Division: 1
Receipt Number: 14683072700
Cashier ID: rbroaden
Transaction Date: 05/18/2018
Payer Name: UPDATE INC
------------------------------------
TREASURY REGISTRY
 For: UPDATE INC
 Case/Party: D-VAE-1-18-CV-000462-001
 Amount:        $50,000.00
------------------------------------
CHECK
 Remitter: DRIVEN
 Check/Money Order Num: 13710
 Amt Tendered: $50,000.00
------------------------------------
Total Due:      $50,000.00
Total Tendered: $50,000.00
Change Amt:     $0.00

INJUNCTION BOND

115CV462

UPDATE INC VS LAWRENCE SAMILOW
```