**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UPDATE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00462-TSE-JFA |
| | ) | |
| LAWRENCE SAMILOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS,
WITH CONSENT OF OPPOSING COUNSEL**

Defendant, Lawrence Samilow ("Defendant"), by and through counsel, hereby moves to withdraw Defendant's Motion to Dismiss (Dkt. 18). Defendant's counsel has conferred with Plaintiff's counsel regarding this motion and Plaintiff's counsel consents to the requested withdrawal. Given the withdrawal of the pending Motion to Dismiss, the Notice of Hearing (Dkt. 20) is unnecessary and can be cancelled.

Respectfully submitted this 25th day of May, 2018.

/s/ David P. Phippen
David P. Phippen (VSB No. 22854)
Robert P. Floyd, III (VSB No. 42264)
Constangy, Brooks, Smith & Prophete LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Phone: 571.522.6100
Fax: 571.522.6101
Email: dphippen@constangy.com
Email: rfloyd@constangy.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2018, a true and correct copy of the foregoing

**DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS,**

**WITH CONSENT OF OPPOSING COUNSEL** was filed on ECF, which will send notice of the

filing to Plaintiff's counsel:

/s/ David P. Phippen
David P. Phippen (VSB No. 22854)
Constangy, Brooks, Smith & Prophete LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Phone: 571.522.6105
Fax: 571.522.6101
Email: dphippen@constangy.com

**ATTORNEY FOR DEFENDANT**

5232303v.1